IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EAST TEXAS BAPTIST UNIVERSITY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-3009 |
| SECRETARY KATHLEEN SEBELIUS, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Defendants' Motion to Postpone Initial Pretrial and Scheduling Conference is denied. The Rule 26(f) conference and the December 20, 2012 Initial Pretrial and Scheduling Conference will proceed.

SIGNED on December 6, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge