IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EAST TEXAS BAPTIST UNIVERSITY, *et al.*, § § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. H-12-3009 |
| § | |
| SECRETARY KATHLEEN SEBELIUS, *et al.*, § § § § | |
| Defendants. § | |

## ORDER

Plaintiffs' Joint Motion to Reset Preliminary Inunction Hearing is denied in part. The injunction hearing is set for **November 11, 2013**, at 10:00 a.m.

SIGNED on October 21, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge