IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EAST TEXAS BAPTIST UNIVERSITY, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-12-3009 |
| § | |
| KATHLEEN SEBELIUS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF INJUNCTION

The court has considered the parties' cross-motions for summary judgment and grants the plaintiffs' motion for summary judgment under the Religious Freedom Restoration Act. The court dismisses all constitutional challenges without prejudice as moot. The court enjoins the defendants as follows:

1. Defendants are enjoined and restrained from enforcing or implementing the challenged regulations, which require the prevailing plaintiffs or, upon plaintiffs' execution of a self certification, their insurer or third-party administrator to provide, payments for certain approved emergency-contraceptive drugs or devices.

2. Any party may seek modification of this order, by written motion and for good cause.

3. The court retains jurisdiction to enforce this injunction.

SIGNED on December 27, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge