IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EAST TEXAS BAPTIST UNIVERSITY and HOUSTON BAPTIST UNIVERSITY, *Plaintiffs*, WESTMINSTER THEOLOGICAL SEMINARY, *Plaintiff-Intervenor*, v. ALEX AZAR, *et. al*, *Defendants*. | Civil No. 4:12-cv-03009 Hon. Lee H. Rosenthal |

# ORDER

After considering the unopposed Rule 41 motion for voluntary dismissal filed by Plaintiffs East Texas Baptist University (ETBU), Houston Baptist University (HBU), and Westminster Theological Seminary (Westminster), the Court GRANTS Plaintiffs' motion. The Court therefore DISMISSES without prejudice Counts II–XVI of ETBU and HBU's Amended Complaint, Dkt. 61, and Counts II–XV of Westminster's Amended Complaint in Intervention, Dkt. 71.

SIGNED on August 11, 2020 at Houston, Texas

_____
Lee H. Rosenthal
United States District Court Judge